# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 18, 2019

## NO. 03-18-00052-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas, Appellants**

**v.**

**Centex Business Consultants, L.C., Appellee**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH DISMISSED ON APPELLANTS' MOTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the interlocutory order signed by the trial court on January 23, 2018. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.